UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AUGUSTUS INVICTUS,
Affiant

v.

CASE NUMBER: 5:21-cv-00103
(To be supplied by Clerk's Office)

STATE OF FLORIDA; NINTH
JUDICIAL CIR.; CHIEF ADMIN.
JUDGE MYERS; FAMILY TIES,
Defendant(s)

## AFFIDAVIT OF INDIGENCY

(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)

I, AUGUSTUS SOL INVICTUS, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed in forma pauperis in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I.   BRIEF STATEMENT OF THE NATURE OF THE ACTION:   BY AN ADMINISTRATIVE ORDER BY CHIEF ADMINISTRATIVE JUDGE MYERS OF THE NINTH JUDICIAL CIRCUIT, MY VISITATION WITH MY MINOR CHILDREN IS RESTRICTED TO A 15-MINUTE PHONE CALL ONCE A WEEK. THIS IS IN VIOLATION OF MY BASIC HUMAN RIGHTS AS A FLORIDIAN AND AS A FATHER AND OF MY FEDERAL FIFTH AMENDMENT RIGHTS.

**II.  RESIDENCE:**
Affiant's address: 10346 SW 64TH COURT
(Street)

OCALA      FL      34476
(City)     (State)     (Zip Code)

**III.  MARITAL STATUS:**

1. Single ☐    Married ☒    Separated ☐    Divorced ☐

2. If married, spouse's full name: ANNA JOLENE ARCENEAUX

**IV.  DEPENDENTS:**

1. Number: 7

2. Relationship to dependent(s): FATHER

3. How much money do you contribute to your dependent's support on a monthly basis? $ 350

**V.  EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: THE INVICTUS LAW FIRM, P.A.

   a. Address of employer: 424 E. CENTRAL BLVD. #156
   (Street)

   ORLANDO     FL     32801
   (City)     (State)     (Zip Code)

   b. State how long affiant has been (was) employed by present (or last) employer?

   Years: 0     Months: 4

   c. Income: Monthly $ 1,000   or Weekly $ N/A

   d. What is (was) affiant's job title? ATTORNEY

2. If unemployed, date of last employment: N/A

3. Is spouse employed? **UNKNOWN** If so, name of employer: **N/A**

   a. Income: Monthly $ **N/A** or Weekly $ _____

   b. What is spouse's job title? **N/A**

4. Are you and/or your spouse receiving welfare aid? **UNKNOWN. IT IS BELIEVED THAT SPOUSE RECIEVES FOOD STAMPS.**
   If so, amount: Monthly $ **N/A** or Weekly $ _____

## VI. FINANCIAL STATUS:

1. Owner of real property (excluding ordinary household furnishings and clothing):

   a. Description: **N/A**

   b. Full address: _____
      (Street)

      _____
      (City)           (State)           (Zip Code)

   c. In whose name? _____

   d. Estimated value: $ _____

   e. Total amount owed: $ _____

      Owed to: _____ for $ _____

      _____ for $ _____

   f. Annual income from property: $ _____

2. Other assets/property:

   a. Automobile: Make **N/A** Model _____

      In whose name registered? _____

      Present value of car: $ _____

      Amount owed: $ _____

      Owed to: _____

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ **100**

c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

| | |
|---|---|
| Business, profession, or other forms of self employment: | $ 1,000 /MONTH |
| Rent payments, interest, or dividends: | $ N/A |
| Pensions, annuities, or life insurance payments: | $ — |
| Gifts or inheritances: | $ |
| Stocks, bonds, or notes: | $ 93 |
| Other sources: | $ 450 (BITCOIN) |

3. Obligations:

| | |
|---|---|
| a. Monthly rental on house or apartment: | $ 300 |
| b. Monthly mortgage payments on house: | $ N/A |

4. Other information pertinent to affiant's financial debts and obligations:

| RELIANT CAPITAL SOLUTIONS | 310,000 | $ 0 (GOVT) |
|---|---|---|
| (Creditor) (STUDENT LOANS) | (Total Debt) | (Monthly Payment) |
| TRELLIS | 30,000 | $ 5 |
| (Creditor) (STUDENT LOANS) | (Total Debt) | (Monthly Payment) |
| (Creditor) | (Total Debt) | (Monthly Payment) |

Other (explain): N/A

VII.  **FOR PRISONER AFFIANTS ONLY:**

1. Date(s) of incarceration: N/A

2. Estimated release or parole date: _____

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit**. The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the

institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII. ALL AFFIANTS MUST READ AND SIGN:

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

STATE OF FLORIDA
COUNTY OF Marion

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS Feb.
DAY OF 22nd, 2021, BY Augustus Invictus
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____
FL Drivers License, AS IDENTIFICATION AND WHO (DID) (DID NOT)
(State Type of Identification)   In person

TAKE AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:        MY COMMISSION EXPIRES JANUARY 20, 2025