UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AUGUSTUS INVICTUS,

    Plaintiffs,

v.                                                                                  Case No: 5:21-cv-103-PGB-PRL

STATE OF FLORIDA, NINTH
JUDICIAL CIRCUIT, DONALD
MYERS and FAMILY TIES,

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

___X___   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

1. *Anna Arceneux v. Augustus Invictus,* Case No. 20-DR-12272, Ninth Judicial Circuit, Orange County, Florida.

2. *Augustus Sol Invictus v. Anna Jolene Arceneux,* Case No. 20-DR-9517, Ninth Judicial Circuit, Orange County, Florida.

_____  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party pursuant to the Court's Order to Show Cause [Doc. 11].

Dated: March 31, 2021              Respectfully submitted,

                                              **ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Brittany Quinlan
Brittany Quinlan
Assistant Attorney General
Florida Bar No.: 102701
OFFICE OF THE ATTORNEY GENERAL
501 East Kennedy Blvd., Suite 1100
Tampa, Florida 33602
P: (813) 233-2880; Fax: (813) 233-2886
Brittany.Quinlan@myfloridalegal.com
Jehan.Azar@myfloridalegal.com
Tyrell.Daniel@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF which will serve those parties capable of electronic service, including, Augustus Invictus, Esq., *pro se*, at InvictusPA@protonmail.com.

/s/ Brittany Quinlan
Brittany Quinlan
Assistant Attorney General