UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**AUGUSTUS INVICTUS,**

    **Plaintiff,**

v.                                                  Case No: 5:21-cv-103-PGB-PRL

**NINTH JUDICIAL CIRCUIT and
FAMILY TIES,**

    **Defendants.**

## ORDER

In this case, Plaintiff takes issue with court-ordered visitation with his children through the Family Ties program. Plaintiff alleges that his visitation has been limited to a once per week 15-minute video call and that in person visitation has been suspended due to COVID-19. Plaintiff alleges that his visitation was restricted by an unspecified order entered by Chief Administrative Judge Donald Myers, which was based on guidelines from the Florida Supreme Court. Plaintiff alleges that Defendants' refusal to allow in person visitation with his children violates his rights under the Fifth and Fourteenth Amendments, as well as the Florida Constitution.

Now, Defendants have filed an unopposed motion for more definite statement asking Plaintiff to clarify the nature of his claim. (Doc. 25). Specifically, Defendants ask Plaintiff to: (1) identify what Administrative Order is at issue; (2) clarify if he is bringing a Fifth Amendment or Fourteenth Amendment due process challenge to the Administrative Order at issue; and (3) clarify whether his due process claim is a substantive or procedural due

process claim. The parties have agreed to Plaintiff filing an Amended Complaint within twenty days addressing these issues.

Accordingly, and based on the parties' agreement, Defendants' motion for more definite statement (Doc. 25) is **GRANTED**. Plaintiff shall file an Amended Complaint within **twenty days** of this Order addressing the issues identified above.

**DONE** and **ORDERED** in Ocala, Florida on June 7, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties